No. 819.   ANAHMA REALTY CORP. *v.* PARK-LEXINGTON CORP.   May 17, 1937.

No. 688.   SHULMAN ET AL. *v.* WILSON-SHERIDAN HOTEL CO. ET AL.   May 17, 1937.

No. 849.   OHIO EX REL. GREEN *v.* KING ET AL.   May 17, 1937.

No. 499.   HARTRIDGE-CANNON CO. ET AL. *v.* GILLESPIE ET AL.   May 24, 1937.   299 U. S. 606.

No. 49.   W. H. H. CHAMBERLIN, INC. *v.* ANDREWS, INDUSTRIAL COMMISSIONER OF NEW YORK, ET AL.;
No. 50.   E. C. STEARNS & CO. *v.* SAME; and
No. 64.   ASSOCIATED INDUSTRIES OF NEW YORK STATE, INC. *v.* DEPARTMENT OF LABOR OF NEW YORK ET AL.   May 24, 1937.   299 U. S. 515.

No. 799.   AMARAL ET AL. *v.* CLEARY ET AL.   May 24, 1937.

No. 800.   BORGES ET AL. *v.* LOFTIS, SHERIFF.   May 24, 1937.

No. 801.   AFFONSO ET AL. *v.* CORNELL ET AL.   May 24, 1937.

No. 829.   CAMPBELL *v.* COMMISSIONER OF INTERNAL REVENUE.   May 24, 1937.